IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| GLORIA A. RIVERA, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | Civil Action No. 6:08-CV-075-C |
| § | ECF |
| § | |
| MICHAEL J. ASTRUE, § | |
| Commissioner of Social Security, § | |
| § | |
| Defendant. § | |

### ORDER

**THIS MATTER** comes before the court on the Report and Recommendation filed February 11, 2010 (Doc. 23). No written objections have been filed.

**IT IS, THEREFORE, ORDERED** that the findings and conclusions in the Report and Recommendation are **ADOPTED** as the findings and conclusions of the court and that this cause is reversed and remanded to the Commissioner for further proceedings pursuant to 405 U.S.C. § 405(g).

Upon remand, the ALJ should further develop the administrative record, including information regarding whether Plaintiff acquired transferable skills from her past work and identification of such skills.

Dated March 2, 2010.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT COURT